

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Edward Lee Gaffney, Jr., Appellant

No. 06-22-00168-CR  v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 28875). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the second page of the trial court's judgment revoking community supervision designated "CASE NO. 28875 COUNT ONE" and the second page of the trial court's judgment revoking community supervision designated "CASE NO. 28875 COUNT TWO" to state that the trial court "**FINDS** Defendant violated the following conditions of community supervision: **2, 10, and 26.**" Because the record shows that the sentences were imposed concurrently, we affirm the trial court's judgments, as modified.

We note that the appellant, Edward Lee Gaffney, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 9, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk